STATE of Missouri, Respondent,

v.

Bruce HARDESTY, Appellant.

No. WD 47235.

Missouri Court of Appeals,
Western District.

Jan. 4, 1994.

David S. Durbin, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Stacy L. Anderson, Asst. Atty. Gen., Jefferson City, for respondent.

Before BERREY, C.J., and BRECKENRIDGE and SMART, JJ.

### ORDER

PER CURIAM.

Appeal from judgment of conviction for receiving stolen property pursuant to § 570.-080, RSMo 1986, and sentence of four years.

Affirmed. Rule 30.25(b).